Case 1:26-cv-10445-GAO    Document 12    Filed 05/01/26    Page 1 of 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Jose Manuel Soto Carvajal**

       Plaintiff

         V.

                                    CIVIL ACTION

                                    NO.  1:26-10445-GAO

**Antone Moniz et al.,**

       Defendants

**ORDER OF DISMISSAL**

O'TOOLE, D. J.

   In accordance with the Court's ELECTRONIC ORDER (Dkt. No. 11) dated May 1, 2026, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                         By the Court,

5/1/2026                           /s/ Flaviana de Oliveira
Date                             Deputy Clerk